March 27, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

RR MALOAN INVESTMENTS, INC., Appellant

NO. 14-13-00080-CV                V.

NEW HGE, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, NEW HGE, INC., signed September 27, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REVERSE** the judgment of the court below; **RENDER** judgment in favor of RR MALOAN INVESTMENTS, INC. for the amount of the check; and **REMAND** to the court for computation of interest and court costs.

We further order that all costs incurred by reason of this appeal be paid by appellee, NEW HGE, INC.

We further order this decision certified below for observance.